RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE _____

RECEIVED
JUN - 9 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| EZRA MITCHELL | CIVIL ACTION NO. 06-0638 |
| VS. | SECTION P |
| TERRY TERRELL, WARDEN | JUDGE MELANÇON |
| | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** as barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 28 day of June, 2006.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE